v.

GLOBAL GROUND SUPPORT and William E. Dempsey, Defendants–Appellees.

No. 05–1454.

United States Court of Appeals, Federal Circuit.

March 13, 2006.

ULTRATECH, INC., Plaintiff–Appellant,

v.

TAMARACK SCIENTIFIC CO., INC., Defendant–Appellee.

No. 05–1421.

United States Court of Appeals, Federal Circuit.

March 14, 2006.

Rehearing and Rehearing En Banc Denied April 20, 2006.

Before MICHEL, Chief Judge, MAYER and BRYSON, Circuit Judges.

Before BRYSON, GAJARSA, and LINN, Circuit Judges.

## Judgment

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R.36

## JUDGMENT